JUNE, 1823.

### John Meeker *against* James Childress.

INDEBITATUS assumpsit by *Meeker* against *Childress,* for medical services rendered to his slave—general issue—Verdict entered : " *We the jury find the defendant.*" Judgment thereon for defendant in the usual form. A bill of exceptions taken on the trial, states That *Childress,* residing at *Tuskaloosa,* hired the slave for a year to *Edward Smith,* residing at *St. Stephens,* who called in the plaintiff, a practising physician, to attend the slave. The Circuit Court, on motion of the Counsel for *Childress,* instructed the Jury that *Childress* was not liable in law to pay said *Meeker* for said services, &c.

*1, In assumpsit the verdict entered " we find the defendant," judgment thereon for defendant sustained.*

*2, Owner of hired slave not bound to pay a physician employed by hirer to attend the slave.*

*Meeker* here assigned as Error,

1. That the finding of the Jury is such that no judgment can be rendered thereon.

2. That the Court erred in instructing the Jury as stated in the bill of Exceptions.

Judge *Crenshaw* delivered the opinion of the Court.

The entry of the Verdict would have been more certain if the word " for" had been inserted before the words " the defendant." But, taken in connection with the issue submitted, and the judgment which follows, it is sufficiently certain to sustain the judgment.

As to the charge to the Jury—It appeared that the defendant resided at *Tuskaloosa,* and *Smith* at *St. Stephens ;* and that he, during the time for which he had hired the slave of defendant, called in the plaintiff to attend him.

We are of opinion, that under such circumstances the hirer of the slave is bound to pay the physician for his services, and that the owner is not liable. If the owner had requested the services of the physician, or if there had been a special agreement between him and the hirer, it might vary the case. We are unanimous in the opinion that the

Judgment be affirmed.

Judge *Lipscomb* gave no opinion.